# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**JAMES L. SULLIVAN and**
**TONIA SULLIVAN,**

      **Plaintiffs,**

v.                                                     Civil Action No.: 3:19-cv-00059
                                                      Judge Robert C. Chambers

**PUTNAM TRANSPORT, LLC,**
**an Ohio corporation**
**and LAWRENCE MICHAEL BUSS,**

      **Defendants.**

## AGREED ORDER OF DISMISSAL

This day came the Plaintiffs, James L. Sullivan and Tonia Sullivan, by counsel Truman C. Griffith, and Defendants, Putnam Transport, LLC and Lawrence Michael Buss, by counsel Robert L. Massie and the law firm of Nelson Mullins Riley & Scarborough LLP, and hereby represented to the Court that all matters in controversy by and between all parties have been settled and compromised; that the respective parties have agreed to pay their own costs and fees related to the above captioned litigation, inclusive of attorney fees; and that the respective parties jointly move the Court to dismiss all claims by and between them, *with prejudice*.

The Court being advised of the promises herein and finding no objection thereto, it is hereby ORDERED that the claims by and between the parties are hereby dismissed, with prejudice, and this civil action retired from the docket of this Court.

The Clerk is hereby ORDERED to send certified copies of this Dismissal Order to all counsel of record.

ENTERED: This __24__ day of __Sept__, 2019.

_____
**Honorable Judge Robert C. Chambers**
**U.S. District Court Judge**

Prepared by:

__/s/Robert L. Massie__
Robert L. Massie (WVSB #5743)
**Nelson Mullins Riley & Scarborough LLP**
949 Third Avenue, Suite 200
Huntington, WV 25701
Telephone: (304) 526-3500
Facsimile: (304) 526-3599
Email: bob.massie@nelsonmullins.com
*Counsel for Defendants*

Approved by:

__/s/Truman C. Griffith  (with permission via email dated September 24, 2019)__
Truman C. Griffith (WVSB #9890)
Robert B. Warner (WVSB #7905)
Warner Law Offices, PLLC
227 Capitol Street
P.O. Box 3327
Charleston, WV 25301
Telephone: (304) 344-4460
Facsimile: (304) 344-4508
Email: tgriffith@wvpersonalinjury.com
*Counsel for Plaintiffs*